UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

            v.                         5:09-CR-337
                                        (FJS)
KEITH HORTON,

                **Defendant.**
_____

| APPEARANCES | OF COUNSEL |
|---|---|
| **OFFICE OF THE UNITED STATES ATTORNEY** <br> James Hanley U.S. Courthouse <br> & Federal Building <br> 100 South Clinton Street <br> P.O. Box 7198 <br> Syracuse, New York 13261-7198 <br> Attorneys for the United States | **EMMET J. O'HANLON, AUSA** <br> **MICHAEL F. PERRY, AUSA** <br> **NICHOLAS COMMANDEUR, AUSA** <br> **GEOFFREY J.L. BROWN, AUSA** |
| **OFFICE OF THE FEDERAL PUBLIC DEFENDER** <br> The Clinton Exchange, 3rd Floor <br> 4 Clinton Square <br> Syracuse, New York 13202 <br> Attorneys for Defendant | **RANDI JUDA BIANCO, AFPD** |

**SCULLIN, Senior Judge**

## ORDER

Defendant challenged a proposed modification of the conditions of his supervised release following his recent re-release from custody. On May 19, 2017, the Court referred the matter to Magistrate Judge Dancks for issuance of a Report-Recommendation as to the whether the Court should impose the proposed modification. *See* Dkt. No. 340. On May 22, 2017, Magistrate Judge Dancks conducted a hearing so that Defendant, with assistance of appointed counsel, could be heard with regard to his objections to the proposed modification and could present any information in

mitigation pursuant to Rule 32.1(c)(1) of the Federal Rules of Criminal Procedure. In a Report-Recommendation dated May 26, 2017, Magistrate Judge Dancks recommended that the Court impose the proposed modification of Defendant's conditions of supervised release notwithstanding his objections. *See* Dkt. No. 342. Defendant did not file any objections to Magistrate Judge Dancks' recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Dancks' May 26, 2017 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Dancks' May 26, 2017 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that the conditions of Defendant's supervised release are modified to add the following condition:

> 1. You shall reside for a period of 2 months in a residential reentry center or other suitable facility and shall observe the rules of that facility.

All other conditions of Defendant's supervised release remain the same.

**IT IS SO ORDERED.**

Dated: June 19, 2017
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge